ANNE MARIE TOMASSINI, SBN 219017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Facsimile: 415/421-1331

Attorney for Defendant
MINHO THOMAS CHO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MINHO THOMAS CHO,<br><br>   Defendant. | CR 05-0375-SI<br><br>STIPULATION AND ORDER TO<br>CONTINUE MOTION HEARING<br><br>Date: November 22, 2013<br>Time: 11:00 a.m.<br>Judge Illston |

THE PARTIES HEREBY STIPULATE AND AGREE that the Motion for Early Termination of Supervised Release in the above-entitled matter, presently scheduled for November 22, 2013, shall be continued to December 11, 2013, at 11:00 a.m., so Mr. Cho's United States Probation Officer, Jacinta Hernandez, can be present at the hearing.

Dated: November 15, 2013

/s/ ANDREW SCOBLE　　　　　　　/s/ ANNE MARIE TOMASSINI
ANDREW SCOBLE　　　　　　　　　ANNE MARIE TOMASSINI
Assistant U.S. Attorney　　　　Attorney for MINHO THOMAS CHO

**IT IS SO ORDERED.**

Dated: 11/18/13

SUSAN ILLSTON
Senior District Court Judge